**FILED**
October 20, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____NM_____
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| MARI QASIMI and EDRIS AKRAMI, § | |
| § | |
| Plaintiffs, § | |
| § | |
| v. § | NO. SA-24-CV-01164-OLG |
| § | |
| MERRICK B. GARLAND, Attorney § | |
| General of the United States, *et al.*, § | |
| § | |
| Defendants. § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has considered United States Magistrate Judge Richard B. Farrer's Report and Recommendation (R&R), filed September 2, 2025, concerning pro se Plaintiffs' Petition for Writ of Mandamus. (*See* R&R, Dkt. No. 10.)

Any party who desires to object to a Magistrate Judge's findings and recommendations must serve and file specific written objections within 14 days after being served with a copy of the findings and recommendations. FED. R. CIV. P. 72(b)(2). A copy of the R&R was sent via certified mail on September 2, 2025 (*see* Dkt. No. 11) and returned as undeliverable on October 9, 2025 (*see* Dkt. No. 12). *See* FED. R. CIV. P. 5(b)(2)(C) (providing that service may be made by mail "to the person's last known address—in which event service is complete upon mailing"). To date, no objections have been filed.

Because no party has objected to the Magistrate Judge's findings or recommendations, the Court reviews the R&R for clear error. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989); *cf.* 28 U.S.C. § 636(b)(1) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which an objection is made.") After such review, the Court finds that the R&R is neither clearly erroneous nor contrary to law.

Accordingly, the Court **ADOPTS** Judge Farrer's R&R (Dkt. No. 10) and, for the reasons set forth therein, Plaintiffs' Petition for Writ of Mandamus (Dkt. No. 1) is **DISMISSED** for failure to prosecute and failure to comply with a court order. *See* FED. R. CIV. P. 41(b).

This case is **CLOSED**.

It is so **ORDERED**.

**SIGNED** this _____ day of October 2025.

ORLANDO L. GARCIA
United States District Judge